## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **EDUARDO GEOVANI IZARA-JUAREZ,**<br>**Petitioner,** | **CIVIL ACTION** |
| **v.** | |
| **J.L. JAMISON, TODD BLANCHE,**<br>**MARKWAYNE MULLIN, TODD LYONS,**<br>**BRIAN MCSHANE, THE U.S.**<br>**DEPARTMENT OF HOMELAND**<br>**SECURITY,**<br>**Respondents.** | **NO.  26-2817** |

## O R D E R

**AND NOW**, this 6th day of May, 2026, upon consideration of Petitioner Eduardo Geovani Izara-Juarez's Petition for Writ of Habeas Corpus (ECF No. 1 (the "Petition")) and the Government's opposition thereto (ECF No. 6), for the reasons stated in the accompanying Memorandum, it is hereby **ORDERED** as follows:

1.  The Petition is **GRANTED.** The Government shall **RELEASE** Petitioner from custody immediately and file an entry on the docket certifying compliance with this Order **no later than 5:00 p.m. on May 7, 2026.**

2.  Petitioner is not subject to mandatory detention under 8 U.S.C. § 1225(b)(2). Instead, Petitioner is subject to detention, if at all, pursuant to the discretionary provisions of 8 U.S.C. § 1226(a).

3.  The Government is temporarily enjoined from re-detaining Petitioner until **May 14, 2026.**

4.  If the Government decides to pursue re-detention of Petitioner after May 14, 2026, it must first provide him with a bond hearing by an Immigration Judge pursuant to 8 U.S.C. § 1226(a).

5. The Government may not remove, transfer, or otherwise facilitate the removal of Petitioner from the Commonwealth of Pennsylvania before the ordered bond hearing. If the Immigration Judge determines at the bond hearing that Petitioner is subject to detention under 8 U.S.C. § 1226(a), the Government may request permission from this Court to move Petitioner if unforeseen or emergency circumstances so require.

6. Further, the Government is directed to respond to Petitioner's request for costs and attorneys' fees on or before **May 14, 2026**. The Court will render its determination on the issue of attorneys' fees and costs after May 14, 2026.

**BY THE COURT:**

**/s/ Kelley B. Hodge**

**HODGE, KELLEY B., J.**